**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Daniel Ray TREVINO, Defendant–Appellant.**

**No. 05–10695
Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 12, 2006.

C. Richard Baker, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Daniel Ray Trevino has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Trevino has not filed a response. Our independent review of the brief and the record discloses no non-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

frivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.